COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Mauricio Hernandez v. The State of Texas

Appellate case number:    01-16-00741-CR

Trial court case number:   1426482

Trial court:                      180th District Court of Harris County

Appellant's brief was originally due on December 1, 2016. Represented by two different appointed lawyers in succession, appellant has filed three motions for extension of the deadline for filing an appellant's brief. We have granted extensions through March 3, 2017. On March 7, 2017, counsel filed a fourth motion for extension.

The last three motions have noted counsel's inability to contact the appellant.

We abate this appeal and remand the case to the trial court for a hearing at which appellant and trial counsel shall be present in person.* TEX. R. APP. P. 38.8(b)(3). The court coordinator of the trial court shall set a date for the hearing and notify the parties, including appellant. We direct the trial court to make appropriate written findings of fact and conclusions of law and to execute any necessary orders on the issue whether appellant desires to pursue his appeal or has abandoned his appeal.

The trial court's findings and recommendations (separate and apart from any docket sheet notation) and any orders issued pursuant to this hearing shall be included in a supplemental clerk's record and filed in this court no later than 30 days from the date of this order. The trial court shall have a court reporter, or court recorder, record the hearing and file the reporter's record with the court no later than 30 days from the date of this order. Additionally, if the hearing is conducted by video teleconference, a certified electronic copy of the hearing shall be filed in this court no later than 30 days from the date of this order.

---

\*      If appellant is now incarcerated, he may appear by closed video teleconference. Any such teleconference must use a closed-circuit video teleconferencing system that provides for a simultaneous compressed full motion video and interactive communication of image and sound between the trial court, appellant, and any attorneys representing the State or appellant. On request, appellant and his counsel shall be able to communicate privately without being recorded or heard by the trial court or the attorney representing the State.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record and reporter's record of the hearing are filed in this court.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale

☑ Acting individually    ☐ Acting for the Court


Date:  March 14, 2017